| | | |
|---|---|---|
| **STATE OF TEXAS** | § | IN THE 226TH DISTRICT COURT |
| | § | FILED IN 4th COURT OF APPEALS SAN ANTONIO, TEXAS 06/21/2018 6:12:04 AM KEITH E. HOTTLE CLERK |
| **vs.** | § | OF |
| | § | |
| **STEVEN P. CHERRY** | § | BEXAR COUNTY, TEXAS |

## MOTION FOR SUPPLEMENTAL RECORD AND INCLUSION OF ADDITIONAL ITEMS

**TO THE HONORABLE JUDGE OF SAID COURT:**

Now comes Steven P. Cherry, Defendant/Appellant, by and through his attorney of record, and makes this request for Supplemental Record and Inclusion of Additional Items pending his current appeal in Cause No. 04-18-00363-CR:

1. All documents required by Rule 34.5 of the Texas Rules of Criminal Procedure;

2. All orders and motions filed pursuant to Defendant's Writ of Habeas Corpus in Cause No. 2015-CR-6408W1;

3. Any Opinions issued by the Texas Court of Criminal Appeals for the Defendant's Writ of Habeas Corpus; and

4. The Trial Judge's Finding and Recommendations filed with the Texas Court of Criminal Appeals in support of the aforementioned Writ of Habeas Corpus.

Defendant requests that these items be consolidated with any Clerk's Record previously filed with the Court of Appeals pursuant to Cause No.04-16-00524-CR previously dismissed by the Court of Appeals for Want of Jurisdiction.

**WHEREFORE, PREMISES CONSIDERED**, Defendant prays that the Court order the Bexar County Criminal District Clerk's Office to supplement its record and make available to the Court of Appeals, the Trial Court, the Defendant, and the State of Texas.

Respectfully Submitted

Michael D. Goains
SBOT # 00793815
P.O. Box 591340
San Antonio, Texas 78259
Telephone No. (830) 714-7723
Fax No. (830) 714-7724

Attorney for Defendant/Appellant

## Certificate of Service

I, Michael D. Goains certify that a complete true and correct copy of the above was served on the Bexar County District Attorney's Office by:

_____ Certified Mail, Return Receipt Requested, Certificate Number

_____, at the following address:

XXXXX Email Transmission to:  ricov@bexar.org

_____ Facsimile Transmission to:

_____ Personal Service in open court.

_____ Courier Service.

Signed on this the 20th day of June, 2018.

Michael D. Goains
Attorney for the Defendant/Appellant

**CAUSE NO. 2015-CR-6408**

| | | |
|---|---|---|
| **STATE OF TEXAS** | § | **IN THE 226TH DISTRICT COURT** |
| | § | |
| **vs.** | § | **OF** |
| | § | |
| **STEVEN P. CHERRY** | § | **BEXAR COUNTY, TEXAS** |

## <u>ORDER</u>

On _____, 2018, came on to be heard Defendant's/Appellant's Motion for Supplemental Record and Inclusion of Additional Items.  After a careful review of the Motion, Record, and Appellate Court Orders this Court is of the opinion that the Motion should be in all things granted.  The Bexar County Criminal Clerk's Office is ordered to supplement the record in this Cause of Action with the inclusion of additional records as follows:

1.  All documents required by Rule 34.5 of the Texas Rules of Criminal Procedure;

2.   All orders and motions filed pursuant to Defendant's Writ of Habeas Corpus in Cause No. 2015-CR-6408W1;

3.  Any Opinions issued by the Texas Court of Criminal Appeals for the Defendant's Writ of Habeas Corpus; and

4.  The Trial Judge's Finding and Recommendations filed with the Texas Court of Criminal Appeals in support of the aforementioned Writ of Habeas Corpus.

Court orders that this be consolidated with any Clerk's Record filed pursuant to Cause No.04-16-00524-CR previously dismissed by the Court of Appeals for Want of Jurisdiction.

Signed and Ordered on this the _____ day of June, 2018.


_____
JUDGE PRESIDING